Joseph K. Liu (Bar No. 216227)
Email: jliu@onellp.com
Nate L. Dilger (Bar No.196203)
ndilger@onellp.com
Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
**ONE LLP**
4000 MacArthur Boulevard
West Tower, Suite 1100
Newport Beach, California 92660
Telephone:  (949) 502-2870
Facsimile:   (949) 258-5081

Attorneys for Plaintiff NT OBJECTives, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| NT OBJECTIVES, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>CENZIC, INC.,<br><br>    Defendant. | Case No. SACV8:11-00116 JST (JCx)<br><br>**NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

   Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff NT OBJECTives, Inc. hereby dismisses this action with regard to the Plaintiff's claims, in their entirety WITHOUT PREJUDICE.

Dated:  April 5, 2011        **ONE LLP**


                By:    /s/ Joseph K. Liu
                       Joseph K. Liu
                       Attorneys for Plaintiff Network Signatures, Inc.

16421.1

1

**NOTICE OF DISMISSAL**